## NOTICE OF CHANGE OF ADDRESS

To: Court of Clark U.S. Courthouse 300 Hogan st Jax FL 32202
From Samuel Maldonado

In Ref: To change of address

Case: # 3:17-CV-1325-J-20JBT

Case: # 3:17-CV-1325-J-32-JBT

Case: # 3:17-CV-1083-J-39JBT

Case: # 3:18-CV-357-J-320 BT

Case: # 3:17-Cr-179-J-32PoB

Case: #_____

**UNNOTARIZED OATH F.S. 92.525**

I, under the penalty of perjury, I declare that I have read the foregoing and the facts stated therein are true and correct

_____
SAMUEL MALDONADO
# DC#0158820

"Note: please send A copy of Docket sheet of Civil cases please
"and A Docket sheet for case # 32PoB"
Thank you, this information is needed so i can keep updated on pending motions etc...
have not gotten any mail from courts

R.M.C MAIN unit
P.O. Box 628
Lake Butler Fl 32054

FILED 2018 APR 19 PM 12:44